**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIE ALLEN, on behalf of himself and other similarly situated, : : : : : | |
| Plaintiffs, : : | CIVIL ACTION NO. 1:06-CV-3075-RWS |
| v. : : | |
| SUNTRUST BANK, : : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Joint Motion for Entry of Final Judgment as to Offer of Judgment Plaintiffs [90]. The Plaintiffs listed below accepted offers of judgment from Defendant pursuant to Federal Rule of Civil Procedure 68. Pursuant to Federal Rule of Civil Procedure 54(b), these Plaintiffs and Defendant request that the Court enter final judgment in favor of these Plaintiffs consistent with the previous accepted offers of judgment. The Court finds that all of the claims of these Plaintiffs against Defendant arising from or related to the subject matter of the Complaint have been fully resolved and there is no just reason for delaying entry of judgment.

AO 72A
(Rev.8/82)

Therefore, the Clerk is hereby **ORDERED** to enter judgment against Defendant and in favor of Plaintiffs as follows:

| Plaintiff | Amount of Judgment |
|---|---|
| Bernard Alston | $     500.00 |
| Jonathan Anderson | $15,011.76 |
| Kevin Glorioso | $21,025.85 |
| Gordon Gunning | $16,047.43 |
| Sylvester Kryszak | $  3,801.66 |
| Malisha Morton | $17,958.31 |
| Luis Ruiz | $  2,136.14 |
| Johnny Stanko | $  1,000.00 |
| Michael Worden | $  8,693.96 |

**SO ORDERED**, this  2nd  day of November, 2007.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)