**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| WILLIE ALLEN, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:06-CV-3075-RWS |
| v. | : : | |
| SUNTRUST BANK, | : : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Joint Motion to Approve Collective Action Settlement [158] and Plaintiff's Motion to Approve Attorneys' Fees and Costs [161]. After reviewing the entire record, the Court enters the following Order.

Having reviewed the Settlement Agreement between the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arms-length and is not the result of any collusion. The Court has also reviewed the Statements of Services provided by counsel and finds that the attorneys' fees and costs provided in the Settlement Agreement are reasonable.

AO 72A
(Rev.8/82)

Therefore, the Joint Motion to Approve Collective Action Settlement [158] is hereby **GRANTED**, and the settlement of the parties is hereby **APPROVED**.  Further, the Motion to Approve Attorneys' Fees and Costs [161] is **GRANTED**.  Fees and costs shall be awarded consistent with the terms of the Settlement Agreement.

Consistent with the terms of the Agreement, Defendant shall tender all payments within thirty (30) days of the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice.

**SO ORDERED**, this   28th   day of May, 2009.


_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)